[No. 21520–5–I.   Division One.   July 31, 1989.]

EARL A. WESTLUND, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

The unpublished opinion in this cause, which was filed on May 30, 1989, is *withdrawn* by order dated July 31, 1989.